Shanks Leonhardt /Bar No. 025595
Amanda M. Breemes/Bar No. 030687
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: 602.532.5677
Direct Fax: 602.230.5077
Shanks.Leonhardt@sandersparks.com
Amanda.Breemes@sandersparks.com

Firm E-mail:  Minutes@sandersparks.com

Attorneys for Defendant Waste Management of
    Arizona, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Swint, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>Waste Management,<br><br>            Defendant. | Case No.<br><br>**DEFENDANT WASTE MANAGEMENT OF ARIZONA, INC.'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and 1367, Defendant Waste Management of Arizona, Inc. ("Waste Management") removes this action from Maricopa County Superior Court in Arizona to this Court based on federal question jurisdiction.  In that regard, Defendant Waste Management states as follows.

1.      On or about October 14, 2019, Plaintiff Anthony Swint ("Plaintiff") filed a lawsuit in Arizona state court against Waste Management in a case styled *Anthony Swint v. Waste Management,* Superior Court of Arizona, Maricopa County, No. CV2019-096616 ("State Court Action").  In the lawsuit, Plaintiff alleged that Waste Management violated 42 U.S.C. 2000e to 2000e-17 (Title VII of the Civil Rights Act of 1964), A.R.S. § 13-2921, Arizona Revised Statute § 23-1501(3)(c)(ii), and 16 U.S.C.A. § 1692(d), resulting in damage to Plaintiff.

2.      Waste Management was not served with Plaintiffs' Original Complaint in the State Court Action.

3.      On October 18, 2019, Plaintiff filed a First Amended Complaint in the State Court Action withdrawing his criminal cause of action pursuant to A.R.S. § 13-2921.

4.      In his Amended Complaint, Plaintiff alleges he was harassed by Waste Management employees during his employment at Salt River Environment Transportation. (**Ex. A**, Am. Compl.)

5.      Waste Management was served with the Amended Complaint on October 23, 2019. (**Ex. B**.)

6.      In accordance with 28 U.S.C. § 1446(b), this notice of removal is timely filed within 30 days of service of Plaintiff's Amended Complaint. *See Murphy Bros., Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-56 (1999) (30-day removal period begins to run upon service of the summons and complaint.).

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the court where the state court action was pending prior to removal is a state court within this federal district and division.

8.      Removal is proper pursuant to 28 U.S.C. §§ 1441 and 1331 because Plaintiff's claims present a substantial federal question under 42 U.S.C. 2000e to 2000e-17 (Title VII of the Civil Rights Act of 1964) and 16 U.S.C.A. § 1692(d).

9.      The original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

10.     "Whether a case 'arises under' federal law for purposes of § 1331" is governed by the "well-pleaded complaint rule." *Holmes Grp., Inc. v. Vornado Air Circulation Sys., Inc.*, 535 U.S. 826, 830, 839 (2002).

11.     In accordance with Local Rule 3.6(a), the most recent version of the docket from the State Court Action is attached as **Ex. C**.

12. In accordance with 28 U.S.C. § 1446(d) and Local Rule 3.6(a), a copy of this Notice of Removal has been filed with the Clerk of Court for Maricopa County Superior Court and notice has been sent to Plaintiff.

13. In accordance with 28 U.S.C. § 1446(a) and Local Rule 3.6(b), true and correct copies of all pleadings and other documents that were previously filed in the State Court Action, as well as verification that they are true and correct copies, are being filed with this Notice of Removal. The verification is attached as **Ex. D**. The State Court Action record is attached as **Ex. E**.

Waste Management respectfully requests that this cause of action be removed from the state court to this Court.

RESPECTFULLY SUBMITTED this 12th day of November, 2019.

**SANDERS & PARKS, P.C.**

By   s/Shanks Leonhardt
     Shanks Leonhardt
     Amanda M. Breemes
     3030 North Third Street, Ste. 1300
     Phoenix, AZ 85012-3099
     *Attorneys for Defendant Waste Management of Arizona, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

I hereby further certify that on November 12, 2019, I served the attached document via email and U.S. mail on the parties below, who are not registered participants of the CM/ECF System:

Anthony Swint
1727 W. Emelita Ave #2060
Mesa, AZ 85202
swint629@yahoo.com
*Plaintiff Pro Per*

By:  s/A. Burns

- 4 -